# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>111 S. Tenth St., Suite 12 S<br>St. Louis, MO 63102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2009 MAY 11 A 11:45
FINANCIAL DISCLOSURE OFFICE

Webber_Richard_E

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/04/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Missouri State Judicial Retirement | $54,268.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | State of Missouri Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | · 05/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. David C. Pratt | St. Louis Cardinals Baseball Tickets | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. U.S. Bank | Mortgage on Condominium #151 | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  U.S. Savings Bonds | | None | J | T | | | | | |
| 2.  Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3.  State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 4.  State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 5.  State Farm Life Ins. | A | Dividend | J | T | | | | | |
| 6.  Jefferson Pilot Financial | A | Dividend | J | T | | | | | |
| 7.  Penn Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 8.  Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 9.  Penn Mutual Life Ins. | B | Dividend | J | T | | | | | |
| 10.  State Teacher Retirement | D | Interest | K | T | | | | | |
| 11.  Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 12.  Commerce Bank/Savings | A | Interest | J | T | | | | | |
| 13.  Davis N.Y. Class C | A | Dividend | J | T | | | | | |
| 14.  Oppenheimer Global Class C | A | Dividend | J | T | | | | | |
| 15.  American Growth Fund - Class C | A | Dividend | J | T | | | | | |
| 16.  Royal Alliance - Sun America Trust | B | Dividend | K | T | | | | | |
| 17.  Federated Kaufmann small cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Kaufmann small cap | A | Dividend | J | T | | | | | |
| 19. Lincoln Financial Group - American Legacy | A | Dividend | | | Sold | 03/31 | J | A | |
| 20. Oppenheimer Capital Income Fund | A | Dividend | J | T | | | | | |
| 21. Lincoln Financial Group - American Legacy III-1 | A | Dividend | J | T | | | | | |
| 22. Lincoln Financial Group - American Legacy III-2 | A | Dividend | J | T | | | | | |
| 23. Bank of Kirksville - CD #1 | A | Interest | K | T | | | | | |
| 24. Bank of Kirksville - CD #2 | A | Interest | J | T | | | | | |
| 25. Bank of Kirksville - CD #3 | A | Interest | K | T | | | | | |
| 26. Bank of Kirksville - CD #4 | A | Interest | J | T | | | | | |
| 27. Bank of Kirksville - Farm Account #1 1/2 interest See VIII | A | Interest | J | U | | | | | |
| 28. Bank of Kirksville - Farm Account #2 1/2 interest See VIII | A | Interest | J | U | | | | | |
| 29. Bank of Kirksville - Farm Account #3 1/2 interest See VIII | A | Interest | J | U | | | | | |
| 30. Franklin Templeton US Gov't Sec. Fund-Class A | B | Dividend | K | T | | | | | |
| 31. 1/2 interest in real estate / Scotland County, Missouri | B | Inheritance | M | W | | | | | |
| 32. Federated Stock and Muni Advantage Fund | A | Dividend | J | T | | | | | |
| 33. Blanchard and Company | A | Dividend | J | T | | | | | |
| 34. Federated Growth Strategies | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 36. Condominium Lake of the Ozarks, Camden County, Lake Ozark MO | D | Rent | M | R | | | | | |
| 37. Penn Mutual Life Ins. | A | Dividend | J | T | | | | | |
| 38. Federated Stock and Muni Advantage Account (2nd) Venture III | A | Dividend | J | T | | | | | |
| 39. John Hancock | B | Dividend | K | T | | | | | |
| 40. Eaton Vance - Tax Managed Dividend Income Fund | A | Dividend | J | T | | | | | |
| 41. Eaton Vance Tax Managed Equity Account (Class C) | A | Dividend | K | T | | | | | |
| 42. Allianz NFJ Dividend Value Fund | A | Dividend | J | T | | | | | |
| 43. Fidelity Advisory Mid Cap II | A | Dividend | J | T | | | | | |
| 44. American Fund - Euro Pacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 45. American Fund - Growth Fund of America | A | Dividend | J | T | | | | | |
| 46. American Fund - Investment Co of America | A | Dividend | J | T | | | | | |
| 47. Jemerson Natural Resources | A | Dividend | J | T | Buy | 4/28 | J | | |
| 48. Thornburg International Value Fund C | A | Dividend | J | T | Buy | 4/28 | J | | |
| 49. Thornburg International II | A | Dividend | J | T | Buy | 5/1 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section VII:

Line 27, 28 and 29: CD is owned half by me and half by ▆▆▆▆ from time of purchase

Line 36: The last report used value method "T." The computer audit program advised that "T" was an improper code for real estate. This property was purchased in 2005 and was included in the appropriate report. To comply with the computer audit program recommendation, the value code was switched from "T" to "R."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544